UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SIMPSON,<br><br>    Petitioner,<br><br>    v.<br><br>CLARK KELSO, et al.,<br><br>    Defendants. | NO. CV 10-5647-GW (AGR)<br><br>ORDER TO SHOW CAUSE |

      On December 9, 2010, Plaintiff filed a first amended complaint pursuant to 42 U.S.C. § 1983.  For the reasons discussed below, it appears that Plaintiff does not wish to prosecute this action.

      The court, therefore, orders Plaintiff to show cause, on or before **August 16, 2012**, why the court should not recommend dismissal without prejudice based on failure to prosecute.

## I.

## SUMMARY OF PROCEEDINGS

On May 7, 2012, Defendants filed a motion for summary judgment. On May 8, 2012, the court issued a notice to Plaintiff regarding the requirements of Fed. R. Civ. P. 56 and L.R. 56. (Dkt. No. 32.) Plaintiff's opposition was due on June 22, 2012. (*Id.*) Plaintiff did not file an opposition.

Petitioner was incarcerated at the Corcoran State Prison. (Dkt. No. 12.) The court has learned that Plaintiff has been released from prison on parole. Plaintiff has not filed a change of address. *See* L.R. 41-6 ("A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any.").

## II.

## ORDER

IT IS THEREFORE ORDERED that, on or before ***August 16, 2012***, Plaintiff shall show cause, if there be any, why this court should not recommend dismissal without prejudice for failure to prosecute.

**If Plaintiff fails to timely respond to this order to show cause, the court will recommend that the petition be dismissed without prejudice for failure to prosecute.**

DATED: July 16, 2012

ALICIA G. ROSENBERG
United States Magistrate Judge