UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JAMES SIMPSON,

                Plaintiff,

    v.

CLARK KELSO, et al.,

                Defendants.

No.  CV 10-5647-GW (AGR)

ORDER ACCEPTING FINDINGS  AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

      Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's Report and Recommendation.  The Court agrees with the recommendation of the Magistrate Judge.

      IT IS ORDERED that Judgment be entered dismissing the amended complaint without prejudice for failure to prosecute.

DATED: _October 31, 2012_

_____
GEORGE H. WU
United States District Judge