UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SIMPSON,<br><br>    Plaintiff,<br><br> v.<br><br>CLARK KELSO, et al.,<br><br>    Defendants. | No. CV 10-5647-GW (AGR)<br><br>~~JUDGMENT~~ |

  Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

  IT IS ADJUDGED that Plaintiff's amended complaint is dismissed without prejudice for failure to prosecute.

DATED: October 31, 2012

                GEORGE H. WU
                United States District Judge